✎AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

|  |  |
|---|---|
| Date | /s/ ERICA K. ZUNKEL |
|  | Signature |
|  | Print Name                                      Bar Number |
|  | Address |
|  | City                  State                  Zip Code |
|  | Phone Number                              Fax Number |

1 **ERICA K. ZUNKEL**
California State Bar No. 229285
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 E-Mail: erica_zunkel@fd.org

5 Attorneys for Agustin Gonzalez-Alvarado

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10 **(HONORABLE JAN M. ADLER)**

| | |
|---|---|
| 11 UNITED STATES OF AMERICA, ) | Case No. 08MJ2344 |
| ) | |
| 12       Plaintiff, ) | |
| ) | |
| 13 v. ) | **CERTIFICATE OF SERVICE** |
| ) | |
| 14 AGUSTIN GONZALEZ-ALVARADO, ) | |
| ) | |
| 15       Defendant. ) | |

17  Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her
18 information and belief, and that a copy of the foregoing document has been served this day upon:

19 U.S. Attorney CR
Efile.dkt.gc2@usdoj.gov

21 Respectfully submitted,

23 DATED:    August 8, 2008    /s/ Erica K. Zunkel
**ERICA K. ZUNKEL**
24 Federal Defenders of San Diego, Inc.
Attorneys for Agustin Gonzalez-Alvarado